IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FREDRICK STEELE,

        Plaintiff,                    1: 09 CV 01227 YNP GSA (PC)

   vs.                                ORDER DISMISSING ACTION

KEN CLARK, et al.,

        Defendants.

      Plaintiff is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff has consented to magistrate judge jurisdiction pursuant to 28 U.S.C. § 636(c)(1).

      On October 21, 2009, Plaintiff was ordered to submit an application to proceed in forma pauperis.  Plaintiff failed to comply with the court's order, and on December 8, 2009, an order to show cause was entered, directing Plaintiff to show cause why this action should not be dismissed pursuant to Local Rule 11-110 for his failure to prosecute.  Plaintiff was specifically cautioned that his failure to respond would result in dismissal of this action.  The thirty day period in which to respond has passed, and Plaintiff has failed to file a response to the order to show cause.

      Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice

pursuant to Local Rule 11-110 for Plaintiff's failure to prosecute.  The Clerk is directed to close this case.

IT IS SO ORDERED.

Dated: **January 12, 2010**         /s/ **Gary S. Austin**
                                                                    UNITED STATES MAGISTRATE JUDGE

2